UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG D. ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF CALINFORNIA COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0214 MCE GGH PS<br><br><br><br>ORDER |

    Plaintiff has filed a request for extension of time to file an amended complaint. Plaintiff's request will be granted.

    Plaintiff has also filed a signed motion to proceed in forma pauperis, as ordered on March 14, 2016. Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's April 4, 2016 motion for an extension of time (ECF No. 5) is granted;

    2. Plaintiff is granted until May 12, 2016 in which to file an amended complaint.

    3. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 4) is granted.

Dated: April 5, 2016

                                    /s/ Gregory G. Hollows

                                UNITED STATES MAGISTRATE JUDGE

GGH:076/Alle0214.eot