UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG D. ALLEN, | No. 2:16-cv-0214 MCE GGH |
| Plaintiff, | |
| v. | ORDER |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF DEPARTMENT, and CG SERVICES, | |
| Defendants. | |

The court held a hearing on defendant GC[1] Services Motion to Dismiss the Complaint. Plaintiff, who is prosecuting pro se, appeared for plaintiff and attorney Renee Ohlendorf appeared on behalf of GC Services. The basis of the Motion was that GC service was simply an entity to which plaintiff's criminal fine debt had been referred, but that no charging allegations had been made against this entity aside from the mere fact of referral.

It was disclosed in the course of the hearing that GC Services is a private contract collection entity that performs services for the Sacramento County Superior Court upon request. However, it was further disclosed that GC's responsibility for collection in connection with funds

---

[1] It was made clear at the hearing that name CF Services, which appears in the caption, is a misnomer for GC Services.

1

allegedly owed the superior court by plaintiff has been terminated, and the Superior Court is now responsible for any further activities regarding the criminal fine, et al. owed.

In light of the foregoing the parties stipulated on the record that GC Services would be dismissed from the action without objection.

**IT IS THEREFORE ORDERED** that the Complaint against GC Services is dismissed. ECF # 21 is resolved.

Dated: January 19, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE