CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@cregerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendant COUNTY OF SACRAMENTO, sued herein as SACRAMENTO COUNTY SHERIFF'S DEPARTMENT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG D. ALLEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　Defendants. | Case No.: 2:16-cv-00214 MCE GGH PS<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party is to bear its own costs and attorneys' fees.

DATE: February 12, 2018

　　　　　　　　　　　　　　　　/s/ Craig D. Allen
　　　　　　　　　　　　　　　　CRAIG D. ALLEN
　　　　　　　　　　　　　　　　Plaintiff in Pro Per

DATE: February 12, 2018　　　　CREGGER & CHALFANT LLP


　　　　　　　　　　　　　　　　/s/ Robert L. Chalfant
　　　　　　　　　　　　　　　　ROBERT L. CHALFANT
　　　　　　　　　　　　　　　　Attorneys for Defendant COUNTY OF SACRAMENTO

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION FOR DISMISSAL; ORDER
Case No. 2:16-cv-00214 MCE GGH PS

1

## **ORDER**

Pursuant to the stipulation of the parties and FRCP 41(a)(1), this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION FOR DISMISSAL; ORDER
Case No. 2:16-cv-00214 MCE GGH PS

2

# PROOF OF SERVICE

**CASE:** Craig D. Allen v. Superior Court of California, County of Sacramento, et al.
**NO.:** U.S. District Court, Eastern Dist. California, No. 2:16-cv-00214 MCE GGH PS

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 701 University Avenue, Suite 110, Sacramento, CA 95825.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **STIPULATION FOR DISMISSAL; [PROPOSED] ORDER THEREON** on all parties in said action as addressed below by causing a true copy thereof to be:

  x   **placed in a sealed envelope** with first class postage thereon fully prepaid in a designated area for outgoing mail;

  __   **delivered by hand**;

  __   **telecopied by facsimile;**

  __   **express mailed by overnight delivery**.

Plaintiff In Pro Per
Craig D. Allen
5401 Bartig Way
Citrus Heights, CA 95621
Telephone:   (916) 519-7368
Email:       Allen1allen@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this February 12, 2018 at Sacramento, California.

/s/ Shelly N. Davis
Shelly N. Davis

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION FOR DISMISSAL; ORDER
Case No. 2:16-cv-00214 MCE GGH PS

3